## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Remy Suane

                                        Plaintiff,

v.                                                  Case No.: 1:19–cv–05844
                                                    Honorable John Z. Lee

Armor Correctional Health Services, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2020:

       MINUTE entry before the Honorable John Z. Lee: The Court is informed that the parties have agreed to the terms of a settlement and require additional time to finalize it. This case is dismissed without prejudice; the dismissal will become with prejudice with each side to bear their own costs and fees on 11/15/20. Either side can seek to reinstate the case prior to that date. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.